ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DONALD W. YOO (SBN 227679)
Assistant United States Attorneys
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3994
    Fax:        (213) 894-7819
    Email:     donald.yoo@usdoj.gov

**JS-6**

Attorneys for Defendant
JOHN E. POTTER

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG A. CHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, Postmaster General of the U.S. Postal Service,<br><br>    Defendant. | No. SACV09-01236-JST (MLGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Honorable Josephine S. Tucker |

    The parties having filed a Stipulation for Compromise Settlement, IT IS HEREBY ORDERED that:

    1.    Plaintiff's action is dismissed with prejudice in its entirety;

    2.    Each party shall bear their own costs of suit and fees;

    3.    The Court retains jurisdiction pending payment of the settlement.

Dated: <u>October 1. 2010</u>        **JOSEPHINE STATON TUCKER**
                                                JOSEPHINE STATON TUCKER
                                                UNITED STATES DISTRICT JUDGE